UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. STANLEY R. CHESLER, USDJ |
| v. | : | Crim. No. 08-327(SRC) |
| GENNARO FORTE | : | ORDER |
| | : | |

This matter having been opened to the Court on the motion of the United States Pre-trial Services Office to modify the conditions of bail for the defendant, Gennaro Forte (by Donald R. Belsole, Esq.) to include mental health treatment as directed by Pre-trial Services, and the United States, by Christopher J. Christie, United States Attorney for the District of New Jersey (Ronald D. Wigler, Assistant United States Attorney, appearing); and the parties having no objection to the modification, and the Court having given this matter due consideration:

IT IS, on this 1st day of Oct., 2008,

ORDERED that defendant's bail conditions set on May 21, 2008 by the Honorable Patty Shwartz, United States Magistrate Judge, be modified to include mental health treatment as directed by Pre-trial Services; and

IT IS FURTHER ORDERED that all other bail conditions and restrictions remain in full force and effect.

HONORABLE STANLEY R. CHESLER
United States District Judge